Ricardo J. Prieto (*Pro Hac Vice*)
rprieto@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

Melinda Arbuckle (Cal. Bar No. 302723)
marbuckle@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
5670 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

*Counsel for Plaintiff and Proposed Class and Collective Action Members*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Patricia Bobbs, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>Carter Insurance Claims Services, Inc.,<br><br>  Defendant. | **Case No. 2:21-cv-07135-GW-SK**<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>Judge:     Hon. George H. Wu<br>Date:      n/a<br>Time:      n/a<br>Courtroom: 9D |

The Parties respectfully notify the Court that the Parties have agreed in principle to settle the above-captioned matter. Counsel for the Parties are in the process of preparing and finalizing the settlement agreement for the case. The Parties intend to file closing documents as soon as practicable, but respectfully request that the Court maintain this case on its docket for an additional 30 days while the Parties complete settlement paperwork. The Parties will notify the Court if they require additional time to submit closing documents.

The Parties further request that the status conference currently set for Thursday, September 29, 2022 be continued for thirty days given the parties resolution of this action, to minimize attorneys' fees and to conserve judicial resources.

Dated:  September 19, 2022			Respectfully submitted,

**SHELLIST | LAZARZ | SLOBIN LLP**

By:	*/s/Melinda Arbuckle*
	Melinda Arbuckle

Melinda Arbuckle (Cal. Bar No. 302723)
marbuckle@eeoc.net
5670 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

*Counsel for Plaintiff and Proposed Class and Collective Action Members*

**CALL & JENSEN P.C.**

By:	*/s/ John T. Egley* (w/ permission)
	John T. Egley

John T. Egley
jegley@calljensen.com
610 Newport Center Drive Suite 700
Newport Beach, CA 92660
Telephone: 949-717-3000
Facsimile: 949-717-3100

*Counsel for Defendant Carter Insurance Claims Services, Inc.*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

The undersigned hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/Melinda Arbuckle*
Melinda Arbuckle